IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN P. ICENOGLE, et al., | ) | 4:03CV3278 |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| MICHAEL O. JOHANNS, et al., | ) | DESTROYED |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| RONALD E. REAGAN, et al., | ) | 8:03CV279 |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| MICHAEL O. JOHANNS, et al., | ) | DESTROYED |
| | ) | |
| Defendants, | ) | |
| | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff exhibit numbers 1, 2, 3, 4, 5, 6, 7, 8/TRO/July 29,2003

Defendant exhibit numbers 101, 102/TRO/July 29, 2003

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 12th day of December, 2008.

                                                        s/ Richard G. Kopf
                                                       United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07